IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | No. 07 C 1238 |
| v. | ) ) | Judge Lefkow |
| PREFERRED PAVING & CONSTRUCTION, COMPANY, an Illinois corporation, | ) ) ) | Magistrate Judge Schenkier |
| Defendant. | ) ) | |

**MOTION FOR JUDGMENT IN SUM CERTAIN**

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS

OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its

attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move

for entry of a default judgment in sum certain as stated in this Complaint and the supporting

Affidavits attached hereto. In support of its Motion, Plaintiffs state as follows:

1.    Suit was filed on March 5, 2007 for collection of delinquent contributions

plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2.    Service upon PREFERRED PAVING & CONSTRUCTION COMPANY,

an Illinois corporation was made on the Defendant on March 12, 2007, and a copy of the

proof of service was filed with the court on March 20, 2007.

3.    Defendant is now in default as to the Complaint and as supported by the

attached Affidavits the sums due are:

$3,288.24  Pension
$4,846.22 Welfare
  $925.00 Attorneys fees
   $82.80 Court costs
$9,142.26

WHEREFORE, Plaintiff prays for the entry of judgment against Defendant,

PREFERRED PAVING & CONSTRUCTION COMPANY, an Illinois corporation and in

favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN

ILLINOIS WELFARE AND PENSION FUNDS in the amount of $9,142.26.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS

By: _____
                 One of Its Attorneys

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, Illinois  60604
(312) 236-0415

2